IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02925-PAB-BNB

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Plaintiff,

v.

CRAIG HAU and BRENDA RICE, as trustee of the trusts for the
benefit of Christopher C. Hau, Heather L. Hau, Andrew J. Hau,
Bradford N. Hau, and Brittany N. Hau, under the Will of Sandra Hau, deceased,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the proposed consent order by stipulation to dismiss case with prejudice [Docket No. 13-1]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 27, 2010.

                                                BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge